AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

FILED
2018 OCT 15 P 2:13
US DISTRICT COURT
HARTFORD CT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18 MJ 1564 RAR |
| Kimberly Roman | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Kimberly Roman

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute, and distribution of, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, and conspiracy to do so, in violation of 21 U.S.C. §§ 841(a)(1); 846.

Date:    10/11/2018                                             /s/ Robert A. Richardson
                                                            *Issuing officer's signature*

City and state:    Hartford, Connecticut                Robert A. Richardson, U.S. Magistrate Judge
                                                            *Printed name and title*

### Return

This warrant was received on *(date)*  10/11/18, and the person was arrested on *(date)*  10/15/18
at *(city and state)*  Willimantic, CT

Date:  10/15/18

                                                            *Arresting officer's signature*

                                                            TFO ERIC MYSHRALL
                                                            *Printed name and title*