**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF CONNECTICUT**


UNITED STATES OF AMERICA :  3:18-cr-00260-MPS


           :

    V       :

           :

           :   DECEMBER 6, 2019

KIMBERLY ROMAN

## <u>MOTION TO CONTINUE SENTENCING</u>

   The defendant through undersigned counsel respectfully moves the court to continue Ms.

Kimberly Roman's sentencing currently scheduled for January 7, 2020, to the court's early

February sentencing calendar. In support of this motion, the undersigned represents that such

additional time is necessary to obtain records relevant to Ms. Roman's matter. The undersigned

has contacted AUSA Natasha Freismuth who has no objection to the granting of this request.



       RESPECTFULLY SUBMITTED,


       <u>/s/  E. Gregory Cerritelli     </u>
       By:  E. GREGORY CERRITELLI
          FEDERAL BAR NO: ct20784
          2 LINCOLN STREET
          NEW HAVEN, CT 06510
          TEL NO: 203-624-6115

## <u>CERTIFICATION</u>

I hereby certify that on this 6th  day of December, 2019 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Curt's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court MC/ECF System.


/s/      E. Gregory Cerritelli_____
         E. GREGORY CERRITELLI