UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:18-CR-260(MPS) |
| | : | |
| XAVIER DIAZ, a.k.a. "Coco," | : | |
| SONELY RIVERA, | : | |
| MIGUEL CEBALLO-CRUZ, | : | |
| KIMBERLY ROMAN, a.k.a. "Kimbo," | : | |
| JESUS OMAR VAZQUEZ-MARTINEZ, | : | |
| JORGE ROSADO, and | : | |
| HENRY SOTO, a.k.a. "Yomo," a.k.a. | : | |
| "Jomo," a.k.a. "Shorty" | : | January 23, 2020 |

UNITED STATES OF AMERICA'S NOTICE OF DISMISSAL OF FORFEITURE
ALLEGATION

The United States of America ("United States"), by and through its attorney the United States Attorney for the District of Connecticut, hereby notifies the Court and the parties that it is dismissing from the forfeiture allegation of the Indictment in the above-captioned case.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


/S/ *Natasha M. Freismuth*_____
NATASHA M. FREISMUTH
ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. phv05772
157 CHURCH STREET, 25th FLOOR
NEW HAVEN, CT 06510
PHONE NO. 203-821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, a copy of the foregoing was filed electronically, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/S/ *Natasha M. Freismuth*
NATASHA M. FREISMUTH
ASSISTANT U.S. ATTORNEY