## UNITED STATES DISTRICT COURT
### District of Connecticut
### U. S. Probation & Pretrial Services

Jesse J. Gomes
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

**MEMORANDUM**

April 23, 2024

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

To:     Michael P. Shea
        U.S. District Judge

From:   Katie Walker
        U.S. Probation Officer

Subject: Roman, Kimberly
         Dkt. No: 3:18-cr-00260-MPS-4
         **Request to Vacate TSR Violation**

On May 21, 2021, Kimberly Roman appeared before Your Honor, having pled guilty to Conspiracy to Distribute and to Possess with Intent to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C). Ms. Roman was sentenced to time served (two days') imprisonment, to be followed by a 36-month term of supervised release. On May 21, 2021, Ms. Roman commenced supervised release in the District of Connecticut.

On October 12, 2021, Ms. Roman appeared before Your Honor, for an initial appearance following a Petition for Summons for Offender Under Supervision, dated August 23, 2021. According to the report, Ms. Roman was charged with violation of Special Condition #1: *During the first four months of supervised release, you will be on home confinement. You will be allowed to leave home only for work, scheduled visits with your children, medical reasons, and for classes at NETTTS (i.e. CDL training). You must provide the Probation Officer with the schedule of your work, NETTTS classes, and visitation with your children. The condition will be enforced by electronic monitoring with a technology to be selected by the Probation Officer.* At that hearing, Ms. Roman's special condition was modified to: *The defendant shall be subject to home confinement with location monitoring until November 12, 2021. The defendant may leave for work, scheduled visits with children, medical reasons and for classes at NETTTS (i.e. CDL training). In addition the defendant may leave the home, with advance permission from the Probation Office, for pre-approved essential needs.*

A revocation hearing was scheduled for November 10, 2021, but was cancelled based on an updated status report from the U.S. Probation Office, which outlined Ms. Roman's compliance with the modified condition.

Ms. Roman is currently employed full-time, has completed her Court-ordered community service hours, and is in compliance with her conditions of supervised release.

Considering that Ms. Roman is now in compliance with her conditions, the Probation Office respectfully recommends that the Court vacate the petition alleging a violation of supervised release and allow Ms. Roman to continue supervision, with no additional modifications. Should additional non-compliance arise, the Probation Office will notify the Court accordingly.

Assistant U.S. Attorney, Natasha Freismuth, has been contacted, and she defers to the U.S. Probation Office regarding the above-noted request. Additionally, defense counsel, Terence Ward, did not object.

Should Your Honor wish to discuss this matter, I am available at your convenience and can be reached at (860) 962-9227.

Respectfully Submitted,

*Katie Walker*
Katie Walker
U.S. Probation Officer

/s/ MICHAEL P. SHEA
(APPROVED)

Honorable Michael P. Shea
U.S. District Judge

DENIED

Honorable Michael P. Shea
U.S. District Judge

4-24-24
Date

_____
Date